CITICORP MORTGAGE, INC. *v.* FELIX BURGOS ET AL.

The defendant Luz A. Burgos' petition for certification for appeal from the Appellate Court (AC 11903) is denied.

BERDON, J., dissenting. I would grant the petition for certification by the defendant Luz A. Burgos.

*Luz A. Burgos,* pro se, in support of the petition.

Decided April 13, 1993

STATE OF CONNECTICUT *v.* MCKINLEY RAY

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 95 (AC 10892), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence of the defendant's state of mind was not sufficiently in dispute so as to entitle him to a lesser included offense charge regarding criminally negligent homicide?"

The Supreme Court docket number is SC 14741.

*Timothy H. Everett* and *Christopher P. Kriesen,* certified legal intern, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided April 13, 1993